# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1219
LT Case No. 2022-CF-009462-A

_____

NICHOLAS JEROME MCCRAY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Matthew J. Metz, Public Defender, and Jane C. Almy, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

July 30, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____